DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorneys for Defendant, *JASWINDER SINGH*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:16-cr-23-GMN-VCF |
| | ) | |
| JASWINDER SINGH, | ) | STIPULATION AND [PROPOSED] |
| | ) | <u>ORDER TO TRAVEL</u> |
| Defendant, | ) | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Robert Knief, Assistant United States Attorney, and David Z. Chesnoff, Esq., and Richard A. Schonfeld, Esq., attorneys for Defendant, Jaswinder Singh, that the previously imposed terms and conditions of Defendant, Jaswinder Singhs' probation be modified to permit Defendant, Jaswinder Singh to travel to India from approximately December 1 through December 31, 2018. He would be staying with his older brother Davinder Singh in Dhuri Punjab, India for purposes of visiting family. Probation Officer Scott Phillips has no objection to this request.

**IT IS FURTHER STIPULATED AND AGREED** that Mr. Singh will provide his travel itinerary to Probation Officer Scott Phillips prior to his trip and will check in by telephone with his Probation Officer once he arrives in India.

1

**IT IS FURTHER STIPULATED AND AGREED** that Mr. Singh will also check in by telephone with Probation Officer Scott Phillips at least once every week while abroad, and will notify said officer within 24 hours of returning to the United States.

**DATED** this ____ day of July, 2018.

| | |
|---|---|
| **UNITED STATES ATTORNEY** | **CHESNOFF & SCHONFELD** |
| /s/ Robert Knief | /s/ Richard A. Schonfeld |
| ROBERT KNIEF, AUSA | RICHARD A. SCHONFELD, ESQ. |
| 333 Las Vegas Blvd. S. | Nevada Bar No. 6815 |
| Suite 5000 | 520 South Fourth Street |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Attorney for Plaintiff | Attorney for Defendant |

. . .

. . .

. . .

. . .

. . .

## ORDER

Based upon the foregoing stipulation, and with good cause appearing:

**IT IS HEREBY ORDERED** that the previously imposed terms and conditions of Defendant, Jaswinder Singh's probation be modified to permit Defendant, Jaswinder Singh to travel to Dhuri Punjab, India, from December 1 through December 31, 2018, for the purpose of visiting his family.

**IT IS FURTHER ORDERED** that Mr. Singh will provide his travel itinerary to Probation Officer Scott Phillips prior to his trip and will check in by telephone with his Probation Officer once he arrives in India.

**IT IS FURTHER ORDERED** that Mr. Singh will also check in by telephone with Probation Officer Scott Phillips at least once every week while in India, and will notify said officer within 24 hours of returning to the United States.

**IT IS SO ORDERED.**

DATED this __30__ day of ____July____, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Respectfully Submitted:

/s/ Richard A. Schonfeld
**RICHARD A. SCHONFELD, ESQ.**

3