DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorneys for Defendant, *JASWINDER SINGH*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * * * * *

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 2:16-cr-23-GMN-VCF |
| JASWINDER SINGH, | ) | STIPULATION AND [PROPOSED] ORDER FOR RETURN OF DEFENDANT JASWINDER SINGH'S PASSPORT |
| Defendant, | ) | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Dayle Elieson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for United States of America, and David Z. Chesnoff, Esq., and Richard A. Schonfeld, Esq., counsel for Defendant, Jaswinder Singh, that Defendant Jaswinder Singh's United States passport be returned to Defendant Singh from pre-trial services. Pretrial services shall return said passport to Mr. Singh.

Dated this 3rd day of August, 2018.

/s/
**ROBERT KNIEF, AUSA**
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101

/s/
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 68152292
520 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101

1

## ORDER

Based upon the foregoing Stipulation, and with good cause appearing, **IT IS HEREBY ORDERED** that the Return of Defendant Jaswinder Singh's United States Passport is **GRANTED**.

**IT IS FURTHER ORDERED** that Pretrial services shall return Mr. Jaswinder Singh's passport to Mr. Singh.

**IT IS SO ORDERED**.

Dated this __4__ day of August, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Respectfully Submitted:

___/s/_____
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
520 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101